

24CR236

FILED
5/13/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TD

# EXHIBIT A

AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Emily Vermylen (312) 469-6309

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NUMBER:  24 CR 236
                                        **UNDER SEAL**
ARDARIES HARRIS,
JORDAN FOX, and
ROOSEVELT VEAL

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

#### Count One

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1951(a) | On or about January 15, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, HARRIS, FOX, and VEAL obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b) |

#### Count Two

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 924(c)(1)(A) | On or about January 15, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, robbery offenses in violation of Title 18, United States Code, Section 1951(a), HARRIS, FOX, and VEAL used or carried a firearm. |

This criminal complaint is based upon these facts:

_X_  Continued on the attached sheet.

*Adam Fitzgerald*

ADAM FITZGERALD
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: May 10, 2024

*Maria Valdez*

Judge's signature

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge

Printed name and title

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, ADAM FITZGERALD, being duly sworn, state as follows:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been so employed since approximately January of 2022. Prior to my employment with ATF, I was employed as an officer with the Chicago Police Department ("CPD") from November 2012 to January 2022. During my tenure with CPD, I was employed as a robbery team officer, a gang intelligence officer, and a detective. I participated in hundreds of robbery investigations, including investigations of robbery crews.

2.      This affidavit is submitted in support of a criminal complaint alleging that ARDARIES HARRIS, JORDAN FOX, and ROOSEVELT VEAL have violated Title 18, United States Code, Section 1951(a), by obstructing, delaying, and affecting interstate commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), and Title 18, United States Code, Section 924(c)(1)(A), by using or carrying a firearm during and in relation a crime of violence that may be prosecuted in a court of the United States, namely, Hobbs Act offenses (collectively the "**Subject Offenses**").

3.      Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HARRIS,

FOX, and VEAL with the **Subject Offenses**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers, information received from other witnesses, review of photographs and video, review of public records databases, interviews of witnesses, my training and experience, and the training and experience of other law enforcement agents.

## I. FACTS SUPPORTING PROBABLE CAUSE

5. In summary, and as set forth in more detail below, there is probable cause to believe that FOX, VEAL, HARRIS, and a now deceased co-defendant named ███████████ robbed three Chicago area liquor stores on January 15, 2024, within the span of less than an hour, as follows:

a. Store A, 2006 West Division, Chicago, at approximately 8:40 p.m.;

b. Store B, 1917 West Fullerton Avenue, Chicago, at approximately 9:03 p.m.; and

c. Store C, 2807 North Clybourn Avenue, Chicago, at approximately 9:21 p.m.

6. During the course of this investigation, law enforcement determined that Store A, Store B, and Store C, described above, sold certain merchandise or

2

goods, at the time of each respective robbery, that had previously traveled in interstate commerce.

7.     As explained below, based on my review of surveillance video from the three robberies and/or from nearby businesses, FOX, VEAL, and HARRIS were wearing the same clothing during all three robberies. Specifically, FOX was wearing a light-grey hooded sweatshirt; HARRIS was wearing a black hooded sweatshirt over a blue sweatshirt; and VEAL was wearing a black hooded sweatshirt.

8.     Based on my review of surveillance video from Store A, I identified one of the robbers as HARRIS based on the scar on his right hand and the black boots he was wearing. I identified one of the robbers as VEAL based on a comparison of the robber's voice as heard on the robbery surveillance video with a video posted on VEAL's Instagram account.

9.     Based on my training and experience in law enforcement as both a CPD officer and an ATF special agent, I have been trained in firearms and I am familiar with their characteristics. In this affidavit, I identify the offenders display and brandishing what I believe and what witnesses have described as firearms.

10.    As set forth below, according to cell site data obtained for phones associated with HARRIS, FOX, and VEAL, phones associated with HARRIS and FOX connected to cell towers near to all three robbery locations, close in time to the robberies taking place. A phone associated with VEAL connected to a cell tower near to Store B, close in time to that robbery.

**A.** ██████████ **Phone.**

11.     According to records from T-Mobile, ████████ (the "████████ Phone") was activated on May 27, 2023, with subscriber name ████████ and subscriber address ████████████████ in ████████████. ISP investigators previously interviewed ████████ who stated ████████████ of ████████.

**B. FOX's Phone**

12.     According to records from T-Mobile, ████████ ("Fox Phone 2") is subscribed to JORDAN FOX at the address ████████████████████ in Chicago (the "Honore Street Residence"). The Honore Street Residence is the address listed on JORDAN FOX's temporary Illinois driver's license. Fox Phone 2 was activated on November 1, 2023—two days after the Fox Phone 1 was deactivated—and is currently suspended.

**C. Harris' Phone**

13.     According to an open source database, ████████ (the "Harris Phone") is associated with ARDARIES LEE HARRIS at the address ████████████ ████████████████, in Chicago (the "Maryland Avenue Residence").

14.     According to records from T-Mobile, the subscriber for the Harris Phone is Individual A at the Maryland Avenue Residence. According to an October 1, 2023 CPD report, Individual A resides at the Maryland Avenue Residence. According to a November 27, 2021 CPD report, law enforcement encountered

HARRIS and Individual A riding in a vehicle together. The Harris Phone was activated on June 22, 2022 and was active as of May 9, 2024.

15.    According to jail call recordings from the Cook County Department of Corrections ("CCDOC"), on January 2, 2024, the Harris Phone participated in a phone call with a Cook County inmate utilizing PIN number 0518141. During the call, the individual using the Harris Phone was referenced by the nickname "Freaky." The individual utilizing the Harris Phone played the song "Folktales" which is a song by the rap artist "Hadiway Freaky."

16.    During the course of this investigation, I viewed the YouTube music video "Hadiway Freaky – Folktales Deamon Time Performance (Chicago)," which was posted to YouTube on October 6, 2023, featuring the rapper Hadiway Freaky, and determined that the rapper resembles HARRIS. I also compared the voice of the individual using the Harris Phone during the January 2, 2024 jail call described above to a video posted on YouTube on or about April 6, 2023, titled "Hadiway freaky wants to fight donterio for Shakey," and determined that the speaker in the video, whom I identified as HARRIS, resembled the voice of the individual using the Harris Phone during the January 2, 2024 jail call.



*Screenshot of Hadiway Freaky YouTube Video posted on April 6, 2023 (left);
HARRIS November 27, 2021 booking photograph (right)*

### D. Veal's Phone

17.     According to records from T-Mobile, ███████████ (the "Veal Phone")
was activated on September 13, 2023, and was in a suspended status as of May 6,
2024. The Veal Phone has no assigned subscriber information.

18.     According to jail call recordings from CCDOC, on December 31, 2023, a
jail call between the Veal Phone and a Cook County inmate utilizing PIN number
0788405 occurred. I compared the voice of the individual utilizing the Veal Phone to
the above-mentioned video posted on the Veal Instagram Account on January 6,
2024, which shows VEAL talking, and determined that the individual utilizing the
Veal Phone on the December 31, 2023 jail call was VEAL.

19.     According to records from T-Mobile, the ███████ Phone, the Veal
Phone, the Harris Phone, and the Fox Phone 2 were all active on January 15, 2024.

6

**E. January 15, 2024 Liquor Store Robberies**

**a. Robbery of Store A, 2006 West Division Street, Chicago**

20. According to CPD police reports, surveillance, and victim interviews, on January 15, 2024, at approximately 8:40 p.m., four robbers entered Store A, located at 2006 West Division Street in Chicago, and displayed firearms. Two of the robbers began to empty cash from the registers while the other two robbers pointed firearms at Store A employees. One of the robbers punched a Store A employee in the face with a closed fist. The robbers stole at least $2,500 dollars from Store A and a backpack containing a binder with identifying documents belonging to Victim A, a Store A employee.

21. According to my review of surveillance video, one of the robbers, later identified as VEAL, was wearing an all-black hooded sweatshirt with the hood over his head; a black mask; black gloves; black pants worn inside out with an upside-down triangle logo; maroon underwear; and white sneakers.

22. According to my review of surveillance video, one of the robbers, later identified as FOX, was wearing a grey hooded sweatshirt; black mask; black gloves; light-grey t-shirt; black pants; and black sneakers.

23. According to my review of surveillance video, one of the robbers, later identified as HARRIS, was wearing a black zip-up sweatshirt with light-colored writing on the back and hood; a blue zip-up sweatshirt underneath the black zip-up; a black mask; black gloves; dark-colored pants; and black boots.

24.     Below are depicted screenshots from Store A surveillance footage showing FOX, VEAL, and HARRIS:



*Screenshots of Store A surveillance video depicting, from left to right, offenders believed by law enforcement to be VEAL, FOX, and HARRIS*

25.     According to surveillance video that I reviewed, in both the Store A and Store C robberies (which, as discussed below, occurred on the same day, January 15, 2024), one of the robbers lowered his face mask. I compared images of that robber to a December 19, 2023 CPD arrest photo of ████████ and determined that ████████ appears to be the robber that lowered his face mask in those robberies.

8



*December 19, 2023 booking photo (top left); Store A surveillance of robber without mask (top right); Store C surveillance of robber without mask circled in yellow (bottom)*

26.     As discussed below, ATF identified the getaway car used in the Store A robbery—a white Jeep Grand Cherokee—as resembling the car recovered three days after the Store A robbery. Documents belonging to Victim A were recovered from the white Jeep Grand Cherokee that was located on January 18, 2024, as explained below.

9

27.     Approximately 15 minutes before the Store A robbery on January 15, 2024, surveillance video from a gas station located at 1949 West Augusta in Chicago, Illinois (the "Gas Station"), shows a white Jeep Grand Cherokee with the same hanging air freshener and black plastic covering the rear passenger window as the White Jeep recovered on January 18, 2024, as explained below. The Gas Station is located approximately one city block, or 0.3 miles, from Store A.



*Still Photographs of white Jeep from Gas Station Video Surveillance on January 15, 2024, with air freshener and black plastic circled in yellow*

28.     I also identified HARRIS as another robber based on the scarring on the robber's right hand and the Nike Manon brand black boots worn by the robber.

29.     According to a CPD report from 2020, HARRIS was shot in his right hand on July 20, 2020.

30.     On February 8, 2024, I viewed a publicly accessible Facebook account with username "Carlos Antpack" ("Harris Facebook Account 1"). I compared the

profile picture for Harris Facebook Account 1 with HARRIS' booking photograph and determined that HARRIS is depicted in the profile photo:



*November 27, 2021 Booking Photograph of HARRIS (left); Profile photo from Harris Facebook Account 1 (right)*

31.     On February 8, 2024, I viewed a picture posted to Harris Facebook Account 1 depicting HARRIS's right hand with the same distinctive scarring as the scarring of the individual on the Gas Station surveillance just prior to the robbery of Store A:



*Surveillance from the Gas Station showing scarring on right hand indicated by yellow arrows (left); image of scarring on Harris' right hand from Harris Facebook Account 1 (left)*

32.    On or about January 18, 2024, I viewed the publicly accessible Facebook Account with username "GottiBoy Duskie" ("Harris Facebook Account 2") and observed multiple photos of HARRIS with tattoos on his left forearm resembling the tattoos in his booking photograph:



*September 11, 2023 photo of HARRIS posted on Harris Facebook Account 2 (left); HARRIS' November 27, 2021 booking photo showing left forearm tattoo (right)*

33.    On or about February 1, 2024, I observed pictures posted to Harris Facebook Account 2 depicting HARRIS wearing black boots resembling the boots worn by a robber during the January 15, 2024 robbery of Store A. Based on my review of surveillance video, the black boots are Nike Manon brand black boots:

12



*February 1, 2024 photo of HARRIS on Harris Facebook Account 2 with black Nike Manon boot circled in yellow (left); Store A surveillance showing robber with black Nike Manon boots circled in yellow (left)*

34.     I also identified VEAL as one of the robbers based on a comparison of his voice on social media with the audio from the Store A robbery. Specifically, on or about January 19, 2024, I viewed the publicly available Instagram profile of account name "dbe_1200manman" (the "Veal Instagram Account"). I compared an April 3, 2021 CPD booking photograph of VEAL to the profile picture for the Veal Instagram Account and to multiple photos of the same individual posted on the account, and determined that they were the same individual.



*January 22, 2024 screenshot of Veal Instagram Account (top); April 3, 2021 booking photograph of VEAL (bottom)*

35.     Based on my review of audio and video surveillance footage of the Store A robbery, I identified the robber who entered the store armed with a firearm and demanded money from Victim A as VEAL. The robber stated, "don't move," "where the drop money at," "where the fuck it's at," and "open the drawer." I compared the voice of that robber to a January 6, 2024 video posted on the Veal Instagram Account in which VEAL is seen and heard talking. I concluded that the

14

voice of the robber during the Store A robbery appeared to be similar to VEAL's voice.

36.     An ATF intelligence analyst, who is trained in cell site analysis, reviewed and examined the cell site data for the ████ Phone, the Fox Phone 2, the Harris Phone, and the Veal Phone.

37.     According to an ATF intelligence analyst who is trained in cell-site analysis, on January 15, 2024, at approximately 8:44 p.m., 4 minutes after the robbery of Store A, the Fox Phone 2 and the Harris Phone connected to a cell tower near to Store A. In addition, at approximately 8:43 p.m., three minutes after the robbery of Store A, the ████ Phone connected to a cell tower near to Store A.

**b.     Robbery of Store B, 1917 West Fullerton Avenue, Chicago**

38.     According to CPD police reports, surveillance, and victim interviews, on January 15, 2024, at approximately 9:03 p.m., twenty-three minutes after the robbery of Store A, four masked robbers entered Store B located at 1917 West Fullerton Avenue in Chicago. All four robbers were armed with firearms and pointed their firearms at the clerk behind the cash register ("Victim B"). The robbers demanded that Victim B give them all the cash that was inside the register, and he complied with their demands. The robbers then asked Victim B for more money in the back of the store, and Victim B stated, in summary, that he did not know of any other cash in the store. Victim B provided two of his debit cards to the robbers, who also took cash from Victim B's wallet. The robbers used one of Victim

B's debit cards to withdraw $400 from an ATM machine in Store B, and then fled the store.

39.     Based on my review of surveillance video, the four robbers were wearing the same or similar clothing as the robbers of Store A twenty-three minutes earlier.

40.     The four robbers were captured on surveillance video of a nearby residence located in the 2300 block of Elston Avenue in Chicago. Below are depicted screenshots of that surveillance footage showing the robbers as they walked toward Store B just prior to the robbery:



*Screenshots of 2300 Elston surveillance video depicting, from left to right, offenders believed by law enforcement to be VEAL, FOX, and HARRIS*

41.     According to an ATF intelligence analyst who is trained in cell-site analysis, on January 15, 2024, between approximately 8:58 and 9:00 p.m., approximately three minutes before the robbery of Store B, Fox Phone 2, the Harris Phone, and the Veal Phone all connected to the cell tower nearest to Store B. In

addition, at approximately 9:03 p.m., at the same time as robbery of Store B, the ███████ Phone connected to a cell tower near to Store B.

**c.     Robbery of Store C, 2807 North Clybourn Avenue, Chicago, Illinois**

42.     According to CPD police reports, surveillance, and victim interviews, on January 15, 2024, at approximately 9:21 p.m., eighteen minutes after the robbery of Store B, four masked robbers entered Store C located at 2807 North Clybourn Avenue in Chicago. All four robbers displayed firearms and demanded money from the register. Victim C opened the register for the robbers and complied with their demands. The robbers took approximately $3,500 from Store C and fled the store.

43.     According to an ATF intelligence analyst who is trained in cell-site analysis, on January 15, 2024, between approximately 9:21 p.m. and 9:23 p.m., at the approximate time of the Store C robbery, Fox Phone 2, the Harris Phone, and the ███████ Phone connected to a cell tower closest to Store C.

44.     Based on my review of Store C surveillance video, VEAL, FOX, and HARRIS were wearing the same clothing as they wore in the earlier Store A and Store B robberies, as depicted below:



*Screenshots of Store C surveillance video depicting, from left to right,*
*offenders believed by law enforcement to be VEAL, FOX, and HARRIS*

**F.    January 16, 2024, HARRIS, FOX, and VEAL Shown with Cash**
**and Firearms on VEAL's Instagram Account.**

45.    The day after the robberies of Store A, Store B, and Store C, on
January 16, 2024, the Veal Instagram Account posted a photograph of four
members of the robbery crew together, namely, HARRIS, FOX, ███████ and
VEAL, each pointing a firearm at the camera, as depicted below. On the same day,
the Veal Instagram Account posted a photograph of three members of the robbery
crew together, namely, VEAL, FOX, and ███████ holding what appears to be
large amounts of cash:



*Screenshot of January 16, 2024 post on the Veal Instagram Account depicting, from left to right, offenders believed by law enforcement to be HARRIS, FOX, ▮▮▮▮, and VEAL*



*Screenshot of January 16, 2024 post on the Veal Instagram Account depicting, from left to right, offenders believed by law enforcement to be VEAL, FOX, and ▮▮▮▮, holding cash*

46.    I identified VEAL, FOX, HARRIS, and ▮▮▮▮▮▮▮ in the above photos based on a comparison to the below photographs from the Illinois Secretary of State:



*Top, from left to right, photographs of ▓▓▓▓▓▓▓ FOX, and HARRIS from an Illinois Secretary of State database; bottom, photograph of VEAL from an Illinois Secretary of State database*

### G. Recovery of White Jeep used in the Store A Robbery.

47.     According to Illinois State Police ("ISP") reports, surveillance, and witness interviews, on January 18, 2024, a white Jeep Cherokee was recovered from a parking lot of an apartment complex located at 315 South Central Avenue in Chicago, Illinois. I compared photographs of the White Jeep with surveillance images of the getaway car used in the Store A robbery on January 15, 2024, and determined that it appeared to be the same vehicle. As depicted below, the White Jeep located at the Gas Station had a red air freshener hanging from the front mirror and black plastic covering the rear passenger window:



*Photographs of White Jeep recovered on January 18, 2024, with air freshener (left) and black plastic (right) circled in yellow*

48.    According to ISP reports, law enforcement searched the White Jeep and recovered a binder belonging to Victim A, which contained various shipping labels at the Store A address, and various documents containing Victim A's name that were taken from Victim A during the robbery of Store A on January 15, 2024.

### H.      Conclusion

49.      Based on the above, I submit that there is probable cause to believe that on or about January 15, 2024, ARDARIES HARRIS, JORDAN FOX, and ROOSEVELT VEAL obstructed, delayed and affected interstate commerce, and the movement of articles and commodities in commerce, by robbery, in violation of Title 18, United States Code, Section 1951(a), and that ARDARIES HARRIS, JORDAN FOX, and ROOSEVELT VEAL used or carried firearms during and in relation to a crime of violence, namely, Hobbs Act offenses.


FURTHER AFFIANT SAYETH NOT.

*Adam Fitzgerald*

ADAM FITZGERALD
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives


SWORN TO AND AFFIRMED by telephone May 10, 2024.

Honorable MARIA VALDEZ
United States Magistrate Judge

22