# EXHIBIT H

# ᛏ᛫Mobile™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                 April 14, 2024

---

T-Mobile Tracking ID: 4980288

I, Nathan Greene, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4980288 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7738533428 | 08/17/2023 | 02/05/2024 | Call Details With Cell Sites |
| 7738533428 | 08/17/2023 | 02/05/2024 | Subscriber Info |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Nathan Greene*

Legal & Emergency Response

PHONESW_001-000220

**T Mobile** ™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                               April 09, 2024

---

T-Mobile Tracking ID: 4974761

I, Stevie Johnson, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4974761 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7735010448 | 08/17/2023 | 02/05/2024 | Call Details With Cell Sites |
| 7735010448 | 01/09/2024 | 02/05/2024 | Data Sessions With Cells |
| 7735010448 | 08/17/2023 | 02/05/2024 | Subscriber Info |

I further state that:

A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

B) Such records were kept in the course of regularly conducted business activity;

C) The business activity made such records as a regular practice; and

D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

Legal & Emergency Response

PHONESW_001-000161

**T··Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                      April 16, 2024

---

T-Mobile Tracking ID: 4974761

I, Stevie Johnson, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4974761 in response to a lawful request issued to the company.

Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7735010448 | 12/31/2023 | 01/24/2024 | Timing Advance |

I further state that:

A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

B) Such records were kept in the course of regularly conducted business activity;

C) The business activity made such records as a regular practice; and

D) If such record is not the original, such record is a duplicate of the original.

With regard to Timing Advance Records, I further state that:

E) The records are complete and accurate as of today's date. Due to the complexities of telecommunications networks, the information contained in Timing Advance records may be subject to change.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

Legal & Emergency Response

PHONESW_001-000163

**T·Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                     May 10, 2024

T-Mobile Tracking ID: 5036898

I, Elizabeth Steck, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.5036898 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7735010448 | 04/27/2024 | 05/10/2024 | Call Details With Cell Sites |
| 7735010448 | 04/27/2024 | 05/10/2024 | Data Sessions With Cells |
| 7735010448 | 04/27/2024 | 05/10/2024 | Subscriber Info |
| 7735010448 | 04/27/2024 | 05/10/2024 | Timing Advance |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.
With regard to Timing Advance Records, I further state that:
   E) The records are complete and accurate as of today's date.  Due to the complexities of telecommunications networks, the information contained in Timing Advance records may be subject to change.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

Legal & Emergency Response

PHONESW_001-000171

**˙T˙ Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                             April 09, 2024

---

T-Mobile Tracking ID: 4976870

I, Barbara Smith, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4976870 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 3128189983 | 08/17/2023 | 02/05/2024 | Call Details With Cell Sites |
| 3128189983 | 01/10/2024 | 02/05/2024 | Data Sessions With Cells |

I further state that:

  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

  B) Such records were kept in the course of regularly conducted business activity;

  C) The business activity made such records as a regular practice; and

  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Barbara J Smith*

Legal & Emergency Response

PHONESW_001-000072

**T Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                      April 15, 2024

T-Mobile Tracking ID: 4976870

I, Barbara Smith, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4976870 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 3128189983 | 08/17/2023 | 02/05/2024 | Timing Advance |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.
With regard to Timing Advance Records, I further state that:
  E) The records are complete and accurate as of today's date. Due to the complexities of telecommunications networks, the information contained in Timing Advance records may be subject to change.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Barbara J Smith*

Legal & Emergency Response

PHONESW_001-000073

**T Mobile**

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                              December 01, 2024

---

T-Mobile Tracking ID: 5372128

I, Darius Simmons, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No. 5372128 in response to a lawful request issued to the company.

Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7739866177 | 05/01/2024 | 05/18/2024 | Call Details With Cell Sites |
| 7739866177 | 05/01/2024 | 05/18/2024 | Subscriber Info |
| 7739866177 | 05/01/2024 | 05/18/2024 | Data Sessions with Cell Sites |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Darius Simmons*

Legal & Emergency Response

PHONESW_001-000259

# **T Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697

December 03, 2024

---

T-Mobile Tracking ID: 5372128

I, Darius Simmons, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No. 5372128 in response to a lawful request issued to the company.

Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7739866177 | 05/01/2024 | 05/18/2024 | Call Details With Cell Sites |
| 7739866177 | 05/01/2024 | 05/18/2024 | Subscriber Info |
| 7739866177 | 05/01/2024 | 05/18/2024 | Timing Advance |
| 7739866177 | 05/01/2024 | 05/18/2024 | Data Sessions with Cell Sites |

I further state that:
- A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
- B) Such records were kept in the course of regularly conducted business activity;
- C) The business activity made such records as a regular practice; and
- D) If such record is not the original, such record is a duplicate of the original.

With regard to Timing Advance Records, I further state that:
- E) The records are complete and accurate as of today's date. Due to the complexities of telecommunications networks, the information contained in Timing Advance records may be subject to change.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Darius Simmons*

Legal & Emergency Response

PHONESW_001-000260



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 4209032

I, Brian Dacosta, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AT&T, and my title is Legal Compliance Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AT&T. I further state that:

      a.     All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AT&T , and they were made by AT&T as a regular practice; and

      b.     Such records were generated by AT&T's electronic process or system that produces an accurate result, to wit:

      1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original records; and

      2. The process or system is regularly verified by AT&T, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

*Brian Dacosta*

11-24-2024
Date

This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this document in error please do not forward or distribute it to anyone else, but telephone (800) 635-6840 to report the error, and then delete this message from your system.

PHONESW_001-000302

**T-Mobile**

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                    December 02, 2024

---

T-Mobile Tracking ID: 5373035

I, Barbara Smith, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No. 5373035 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 7732364061 | 05/01/2024 | 05/18/2024 | Call Details With Cell Sites |

I further state that:

A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

B) Such records were kept in the course of regularly conducted business activity;

C) The business activity made such records as a regular practice; and

D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Barbara J Smith*

Legal & Emergency Response

PHONESW_001-000126

**T Mobile™**

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                         April 09, 2024

---

T-Mobile Tracking ID: 4976901

I, Barbara Smith, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4976901 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 3127350397 | 08/17/2023 | 02/05/2024 | Call Details With Cell Sites |
| 3127350397 | 01/10/2024 | 02/05/2024 | Data Sessions With Cells |
| 3127350397 | 08/17/2023 | 02/05/2024 | Subscriber Info |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
      information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Barbara J Smith*

Legal & Emergency Response

PHONESW_001-000035

**T Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                        April 15, 2024

---

T-Mobile Tracking ID: 4976901

I, Barbara Smith, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4976901 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 3127350397 | 08/17/2023 | 02/05/2024 | Timing Advance |

I further state that:

A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

B) Such records were kept in the course of regularly conducted business activity;

C) The business activity made such records as a regular practice; and

D) If such record is not the original, such record is a duplicate of the original.

With regard to Timing Advance Records, I further state that:

E) The records are complete and accurate as of today's date.  Due to the complexities of telecommunications networks, the information contained in Timing Advance records may be subject to change.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Barbara J Smith*

Legal & Emergency Response

PHONESW_001-000036

**T Mobile**™

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                              April 09, 2024

---

T-Mobile Tracking ID: 4974953

I, Stephanie Wheeler, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4974953 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 6124724622 | 08/17/2023 | 02/05/2024 | Call Details With Cell Sites |
| 6124724622 | 10/31/2023 | 01/23/2024 | Data Sessions With Cells |
| 6124724622 | 01/09/2024 | 02/05/2024 | Data Sessions With Cells |
| 6124724622 | 08/17/2023 | 02/05/2024 | Subscriber Info |

I further state that:
A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
B) Such records were kept in the course of regularly conducted business activity;
C) The business activity made such records as a regular practice; and
D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Stephanie Wheeler*

Legal & Emergency Response

PHONESW_001-000079

Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                                April 11, 2024

T-Mobile Tracking ID: 4974953

I, Stephanie Wheeler, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4974953 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 6124724622 | 08/17/2023 | 02/05/2024 | Call Details With Cell Sites |
| 6124724622 | 10/31/2023 | 01/23/2024 | Data Sessions With Cells |
| 6124724622 | 01/09/2024 | 02/05/2024 | Data Sessions With Cells |
| 6124724622 | 08/17/2023 | 02/05/2024 | Subscriber Info |
| 6124724622 | 03/09/2024 | 02/05/2024 | Timing Advance |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.
With regard to Timing Advance Records, I further state that:
  E) The records are complete and accurate as of today's date. Due to the complexities of telecommunications networks, the information contained in Timing Advance records may be subject to change.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

*Stephanie Wheeler*

Legal & Emergency Response

PHONESW_001-000081

**CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS**

I, Maya Kumar, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL through APLiC000002_APPLE_CONFIDENTIAL produced April 4, 2024 in response to the legal process served on Apple on March 19, 2024.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

      a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

      b. kept in the course of a regularly conducted activity of Apple's business; and

      c. made as part of a regular practice of the activity of Apple's business.

4.      With respect to the records contained within APLiC000001_APPLE_CONFIDENTIAL through APLiC000002_APPLE_CONFIDENTIAL, these records are Apple's record of the iOS device backup(s) and iCloud information transmitted to Apple by and stored on behalf of the Apple ID account with username orlandolofton1200@icloud.com ("Backup and iCloud Records").  The referenced Apple ID account transmitted the Backup and iCloud Records to Apple, and Apple stored those records at or near the time indicated on such Backup and iCloud

Records. The Apple system that received and stored the foregoing Backup and iCloud Records produces an accurate result.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  April 4, 2024                                     **APPLE INC.**

By:  /s/ Maya Kumar
Name:  Maya Kumar
Title:   Legal Specialist, Apple Inc.

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Shruthi Chandran, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000004 produced February 6, 2024 in response to the legal process served on Apple on January 25, 2024.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

   a.   made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

   b.   kept in the course of a regularly conducted activity of Apple's business; and

   c.   made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  February 6, 2024

**APPLE INC.**

By:  /s/ Shruthi Chandran

Name:  Shruthi Chandran

Title:  Legal Specialist, Apple Inc.

APPLE_001-000018

**CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS**

I, Raul Nunez, hereby declare:

1.     I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL through APLiC000002_APPLE_CONFIDENTIAL produced June 24, 2024 in response to legal process served on Apple on June 11, 2024.  I am authorized to submit this declaration on behalf of Apple.

2.     Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.     With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

     a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

     b. kept in the course of a regularly conducted activity of Apple's business; and

     c. made as part of a regular practice of the activity of Apple's business.

4.     With respect to the records contained within APLiC000001_APPLE_CONFIDENTIAL through APLiC000002_APPLE_CONFIDENTIAL, these records are Apple's record of the iOS device backup(s) and iCloud information transmitted to Apple by and stored on behalf of the Apple ID accounts with usernames bigtop1200@gmail.com ("Backup and iCloud Records").  The referenced Apple ID accounts transmitted the Backup and iCloud Records to Apple, and Apple stored those records at or near the time indicated on such Backup and iCloud Records. The Apple system that received and stored the foregoing Backup and iCloud Records produces an accurate result.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  June 24, 2024                                    **APPLE INC.**

By: _____

Name:  Raul Nunez
Title:  Legal Specialist, Apple Inc.

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on June 20, 2024 in this matter in response to the Search Warrant received on June 6, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100059063164992.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Ryan Spector*

Ryan Spector
Custodian of Records

Date: June 20, 2024

**Meta**

ATF_012-000005

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Rachel Coley, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Search Warrant received on January 22, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100012078641742.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Rachel Coley*
_____

Rachel Coley
Custodian of Records

Date: February 16, 2024


**Meta**

ATF_012-000002

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Rachel Coley, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Search Warrant received on January 22, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 54893152879.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: February 16, 2024

*Rachel Coley*

Rachel Coley
Custodian of Records

**Meta**

ATF_012-000001

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Joel Hurtado, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on April 25, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100059063164992.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: April 25, 2025

_Joel Hurtado_

Joel Hurtado
Custodian of Records

**Meta**

ATF_005-002316

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Joel Hurtado, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on April 25, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100080452377023.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

_Joel Hurtado_
_____

Date: April 25, 2025

Joel Hurtado
Custodian of Records

**Meta**

ATF_005-002317

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Joel Hurtado, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on April 25, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Other Content and records for the account with identifier 100035133352833.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: May 1, 2025

*Joel Hurtado*

Joel Hurtado
Custodian of Records

**Meta**

ATF_005-002319

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Joel Hurtado, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on April 25, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100001271545373.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: April 25, 2025

Joel Hurtado
Custodian of Records

**Meta**

ATF_005-002318

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Christine Acance, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on April 28, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 39476114197.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: April 28, 2025

*Christine Acance*

Christine Acance
Custodian of Records

**Meta**

ATF_005-002435

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Christine Acance, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on April 28, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 210594859.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Christine Acance*

Date: April 28, 2025

Christine Acance
Custodian of Records

**Meta**

ATF_005-002434

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Christine Acance, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on April 28, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 50448674745.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


Date: April 28, 2025

*Christine Acance*

Christine Acance
Custodian of Records

**Meta**

ATF_005-002438

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Christine Acance, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on April 28, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 56420592470.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Christine Acance*

Christine Acance
Custodian of Records

Date: April 28, 2025

**Meta**

ATF_005-002436

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Christine Acance, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on April 28, 2025 in this matter in response to the Search Warrant received on April 9, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 22419835195.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Christine Acance*

Christine Acance
Custodian of Records

Date: April 28, 2025

**Meta**

ATF_005-002437



CERTIFICATION OF CUSTODIAN OF RECORDS OR OTHER QUALIFIED INDIVIDUAL

To Whom It May Concern:

I, Michael McCann, Senior Director of Law Enforcement Relations for ecoATM LLC ("ecoATM"), hereby certify that:

I.   I am the Custodian of Records or am otherwise qualified to administer the records for ecoATM, located at 8525 Camino Santa Fe, Suite H, San Diego, CA 92121.

II.  The attached records reflect the information collected by ecoATM's kiosk inside Walmart1955 located at 3849 Northridge Dr., Rockford, Illinois 61114 on March 26, 2024, at 3:27 PM, at which time, ROOSEVELT GUY VEAL using ILLINOIS I.D. card number V400-7279-7232, sold the following device:
   a.  Apple iPhone 11 (IMEI: 359051880796040) in exchange for $70.00.

III. All the Attached Records:
   a.  Are true and correct copies of records that were made at or near the time of the occurrence of the matters set forth, by or from the information transmitted by, a person with knowledge of these matters;
   b.  Were kept in the course of our regularly conducted business activity as part of our standard procedures for every transaction occurring at an ecoATM kiosk; and
   c.  Were not prepared in anticipation of litigation or in any way altered to identify criminal activity.

IV.  I am over eighteen (18) years of age.

I declare under penalty of perjury that the foregoing is true and correct.

_Michael McCann_ _____

Michael McCann, Senior Director of Law Enforcement Relations

4/15/2026
Date

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this **15** day of **April** 20 **26**, by

**Michael McClann**_____, proved to

me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

KAREN WANG
Notary Public - California
San Diego County
Commission # 2487987
My Comm. Expires May 17, 2028

Signature _____

ATF_012-000003



<sup>i</sup>**SOUNDTHINKING, INC.,**
**BUSINESS RECORDS CERTIFICATE OF**
**AUTHENTICITY**

I,_ Paul Belli, am employed by SoundThinking, Inc., 39300 Civic Center Dr., Suite 300, Fremont, CA 94538.

My official title is <u>Forensic Service Manager.</u>

I am familiar with the type of documents and records received, created, and relied upon

by <u>SoundThinking, Inc.</u>

in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that those records are the

original or duplicates of the original records kept in the custody of <u>SoundThinking, Inc</u>:

*List Documents*

*ILS – 306 - 345338*
*ILS – 778 - 621364*
*ILS – 779 - 477322*

I further certify that:

    A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;
    B) such records were kept in the course of a regularly conducted business activity:
    C) the business activity made such records as a regular practice; and
    D) if such record is not an original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____     <u>04/14/2026</u>_____
SIGNATURE                                    DATE


_____
<sup>i</sup> April 2025

ATF_012-000006