**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA
Plaintiff,

*vs.,*

HARRIS, *et al*.
Defendants.

No. 24 cr 236

Honorable Judge Andrea Wood

**DEFENDANT ROOSEVELT VEAL'S RESPONSE
TO THE GOVERNMENT'S MOTION TO SEVER**

Defendant Roosevelt Veal, though his appointed counsel, John Legutki, respectfully submits his response to the Government's motion to sever him from trial.

Consistent with the Court's June 8, 2026 directive (Pacer #300), defendant's attorneys conferred with each other and with Mr. Veal. Defendant Veal does not oppose the Government's motion and agrees with the request to sever him from the trial.

Respectfully submitted,

s/John C. Legutki
One of the Attorneys for Roosevelt Veal

June 9, 2026

John C. Legutki
53 West Jackson Boulevard
Suite 920
Chicago, Illinois 60604

Phone:  312.939.8747
Fax:     312.939.0054

Email:  jlegutki@outlook.com

Steven Shanin
53 West Jackson Boulevard, Suite 920
Chicago, Illinois 60604

Phone: 312.697.0000
Fax:     312.939.0054

Email: legalrider@aol.com

1

## <u>CERTIFICATE OF SERVICE</u>

PLEASE TAKE NOTICE that on June 9, 2026, the attached response to the Government's Motion to Sever was filed before the Honorable Judge Andrea Wood in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois.

The referenced pleading was served on this day, in accordance with Fed. R. Crim. P.49, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the DistrictCourt's ECF filers.

June 9, 2026

John Legutki
53 West Jackson Boulevard
Suite 920
Chicago, Illinois  60604

Phone:          (312) 939-8747
Fax:             (312) 939-0054

jlegutki@outlook.com