**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 24-cr-00236 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ARDARIES HARRIS, et al. | ) | |
| | ) | |

**<u>ORDER</u>**

Upon the motion of the Government, and pursuant to Local Rule 83.1, which prohibits the taking of photographs, video, radio and television broadcasting, or taping in the court environs during the progress of or in connection with any judicial proceeding,

IT IS HEREBY ORDERED that use of electronic devices capable of recording and/or broadcasting proceedings (cell phones, cameras, tablets, laptops, etc.) will not be permitted in the courtroom (Courtroom 2141) during any upcoming trial proceedings in the above-captioned matter. Only credentialed members of the press, federal government employees with valid Dirksen Federal Building access cards, and persons granted permission by the Court will be permitted to bring such electronic devices into the courtroom. The Court has granted permission to the attorneys of record and their assistants, and a list of those individuals has been provided to the United States Marshals Service. All others must leave their electronic devices outside of the courtroom, in cell phone lock boxes provided by the United States Marshals Service. This Order does not restrict the ability of observers to bring electronic devices into any overflow courtroom where proceedings may be broadcast, so long as the observers comply with Local Rule 83.1. However, the United States Marshals Service may impose the same restrictions on the use of electronic devices in the overflow courtroom, if they determine that such restrictions are necessary to promote the security and integrity of these proceedings. Any person affected by this order may petition the Court for relief.

Dated: June 10, 2026

_____
Andrea R. Wood
United States District Judge