**N THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>*vs.,*<br><br><br>HARRIS, *et al*.<br>Defendants. | No. 24 cr 236<br><br>Honorable Judge Andrea Wood |

**DEFENDANTS' JOINT MOTION TO PRODUCE**
**UNREDACTED GRAND JURY TRANSCRIPTS**

> We now hold that the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution.

*Brady v. Maryland*, 373 U.S. 83 (1963).

Defendants Roosevelt Veal, through his attorneys John Legutki and Stevenn Shanin; Ardaries Harris, through his attorneys Richard S. Kling and Edward Francis Messmer; Jordan Fox, through his attorney Arielle Williams; and Xavier Harris, through his attorneys Holly Nicole Blaine and James G. Vanzant, jointly and respectfully ask this Court to order the United States Attorneys' Office for the Northern District of Illinois, to produce, for inspection, unredacted copies the transcripts of Grand Jury proceedings in the instant case. In support thereof, states as follows:

1.    Recent developments within the United States District Court for the Northern District of Illinois have exposed concerns and questionable Grand Jury practices by federal prosecutors.

2.    But for the review of unredacted Grand Jury transcripts, such concerns may not have been uncovered.

3. Such irregularities have already resulted in the outright dismissal of numerous felony charges within the District.

4. Also, as reported in the media, the US Attorney's Office is reviewing scores of additional cases for such potential misconduct problems.

5. Given recent revelations of prosecutorial irregularities, review of unredacted Grand Jury transcripts may result in the identification of information favorable to the instant defendants and, therefore, within the scope of *Brady*.

**WHEREFORE,** Defendants respectfully request to review unredacted Grand Jury transcripts for, *inter alia*, possible issues of prosecutorial vouching, discussions outside the Grand Jury room, and/or other procedural violations.

Defendants also request the Court to direct government attorneys to advise defense counsel whether this case is indeed under Department of Justice review and what determination, if any, has been made.

Respectfully submitted,

s/John C. Legutki
One of the Attorneys for Roosevelt Veal

July 20, 2026

John C. Legutki
53 West Jackson Boulevard
Suite 920
Chicago, Illinois 60604

Phone: 312.939.8747
Fax: 312.939.0054

Email: jlegutki@outlook.com

Steven Shanin
53 West Jackson Boulevard, Suite 920
Chicago, Illinois 60604

Phone: 312.697.0000
Fax: 312.939.0054

Email: legalrider@aol.com

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on July 20, 2026, I filed the attached Motion to Produce Unredacted Grand Jury Transcripts before the Honorable Judge Andrea Wood in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois.

The referenced pleading was served on this day, in accordance with Fed. R. Crim. P.49, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the DistrictCourt's ECF filers.

July 20, 2026

John C. Legutki
53 West Jackson Boulevard
Suite 920
Chicago, Illinois  60604

Phone:          (312) 939-8747
Fax:            (312) 939-0054

jlegutki@outlook.com